FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 APR 22 PM 4: 23

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Marc G. Nicholas** | Case No. 08-25571 RKM<br>Chapter 7 |
| SSN: XXX-XX-4607 | |
| Debtor(s) | |

## NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
## UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On April 21, 2010, the Court approved the trustee's final report and proposed distribution.

2. Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 2. | Intermountain Health Care | PO Box 27808<br>Salt Lake City, UT 84127 | $0.34 |

3. These funds are on deposit in Bank of America, account number 4437271725.

4. A check in the amount of Thirty-Four Cents ($0.34), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** this 22nd day of April, 2010.

Woodbury & Kesler, P.C.

_____
Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT  84111

Marc G. Nicholas
1611 Durocher Lane
Tooele, UT 84074

Darren Watts
Smart Schofield Shorter & Lunceford
5295 Commerce Dr
Suite 200
Murray, UT 84107

*/s/ Renee Christino*

Date: 04/22/10                                                                                           Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 08-25571 - NICHOLAS, MARC G.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Intermountain Health Care, Inc.**<br>P.O. Box 27808<br>Salt Lake City UT 84127-0808<br>    acct # 21681200 | 000002 | 333.14 | 0.34 |
| ---------- Remittance Total --------------- | | 333.14 | 0.34 |

Elizabeth R. Loveridge, Trustee

COURTI                                                              Printed: 04/22/10  11:40 AM    Ver: 15.08